UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00373-H-1

UNITED STATES OF AMERICA

v.

TERRELL RICKY SETTLES

ORDER TO SEAL

On motion of the defendant, Terrell Ricky Settles, and for good cause shown, it is hereby ORDERED that the **[DE 79]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 7th day of June 2016.

*[signature]*
MALCOLM J. HOWARD
Senior United States District Judge