IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-373-1H

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) |
| | ) |
| TERRELL RICKY SETTLES | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on June 14, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d)(1), based upon the defendant pleading guilty to 18 U.S.C. §§ 924(c)(1)(A) and (2), and agreeing to the forfeiture of the property listed in the June 14, 2016 Preliminary Order of Forfeiture, to wit: (1) a Smith and Wesson Model SD9VE 9mm handgun, serial no. FWV3640, (2) a Smith and Wesson 9mm Model SD9VE, serial number FWV3642, and (3) a Diamondback DB380, serial no. ZG5566, and all associated ammunition;

AND WHEREAS, service of the Court's June 14, 2016 Preliminary Order of Forfeiture was made on co-defendant and potential claimant, Franky Louis Hoston c/o his counsel, Mark A. Perry, via certified mail on October 12, 2016 by an agent of the U. S. Postal Service;

1

AND WHEREAS, service of the Court's June 14, 2016 Preliminary Order of Forfeiture was made on co-defendant and potential claimant, Malcolm Jamal Bryant c/o his counsel, Joseph L. Bell, Jr., via certified mail on October 12, 2016 by an agent of the U. S. Postal Service;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject personal property described in this Court's June 14, 2016 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the June 14, 2016 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this  6th of  day February 2017.

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　MALCOLM J. HOWARD
　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

3