IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-373-1H
No. 5:17-CV-220-H

| | |
|---|---|
| TERRELL RICKY SETTLES, | )<br>) |
| Petitioner, | )<br>)<br>) |
| v. | )     **ORDER**<br>)<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | ) |

Before the court are Petitioner's motion to vacate pursuant to 28 U.S.C. § 2255, as amended, and the Government's motion to dismiss. These motions have been referred to the undersigned for an evidentiary hearing and memorandum and recommendation by Senior United States District Judge Malcolm J. Howard. Counsel are directed to confer and to submit to the court, on or before **March 6, 2020**, three proposed dates for an evidentiary hearing on Petitioner's claims.

This 5th day of February 2020.

KIMBERLY A. SWANK
United States Magistrate Judge