UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Terrell Ricky Settles**  Docket No. 5:15-CR-373-1M

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrell Ricky Settles, who, upon an earlier plea of guilty to Count 1 - Possession with Intent to Distribute a Quantity of Methamphetamine and a Quantity of Heroin, and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 2; Count 2 - Maintaining a Place for Manufacturing, Distributing, and Using Methamphetamine and Heroin and Aiding and Abetting, in violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2; and Count 3 - Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 15, 2016, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of five years. On April 14, 2021, the defendant's case was reassigned from Senior U.S. District Judge Malcolm J. Howard to Chief U.S. District Judge Richard E. Myers II.

Terrell Ricky Settles was released from custody on December 9, 2021, at which time the term of supervised release commenced.

On July 7, 2022, a Violation Report was submitted to the court advising of the defendant's failure to make any payments towards his financial obligation. Supervision was continued, and the defendant has since satisfied the financial requirement of his supervision.

On April 23, 2025, a Violation Report was submitted, notifying the court that the defendant was arrested on April 20, 2025, for the offense of Embezzlement which occurred on August 1, 2024. Based upon information available at that time, the probation office recommended supervision continue pending a disposition in state court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 26, 2025, the defendant appeared in state court for the previously reported arrest when he was charged with Embezzlement. The defendant pled guilty to Misdemeanor Larceny, was placed on unsupervised probation for 12 months, and he was ordered to pay restitution in the amount of $1,700.00. The defendant paid the amount in full on the day of sentencing. Rather than return to court for revocation proceedings, it is recommended that the defendant participate in cognitive behavioral therapy as directed by the probation office in order to bring about prosocial change to the defendant's thoughts and behaviors. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Terrell Ricky Settles
Docket No. 5:15-CR-373-1M
Petition for Action
Page 2

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: July 29, 2025

## ORDER OF THE COURT

Considered and ordered this 30th day of July, 2025 and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief U.S. District Judge